# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK


## JUDGMENT IN A CIVIL CASE

**DOUGLAS NORWOOD, III;**
**LEEANN NORWOOD;**
**and DEVON NORWOOD**
       Plaintiff(s)
     vs.                         **CASE NUMBER: 3:12-cv-1025 MAD/DEP**

**MICHAEL SALVATORE,**
**in his capacity as Town of**
**Hancock Code Enforcement Officer;**
**and TOWN OF HANCOCK**
       Defendant(s)


**Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**Defendants's Motion.**  The defendant's motion for a directed verdict and judgment as a matter of law, on which the Court Reserved on June 2, 2015, is hereby **DENIED** in light of the Jury Verdict.  The Jury Verdict is Accepted.

**IT IS ORDERED AND ADJUDGED** that in the above entitled action, after the completion of a Jury Trial before the Honorable Mae A. D'Agostino on June 3, 2015, the Jury finds in favor of the Plaintiffs as follows;

| | | |
|---|---|---|
| Compensatory Damages as to Property Value of Plaintiffs' Home the jury awards the Plaintiffs, *(as calculated by the Court based on the jury's determination of Fair Market value with a home $175,000.00, subtracting Fair Market value as vacant land $35,000.00 and the Actual amount of construction costs Plaintiffs would need to spend to construct their intended home $70,000.00),* | Amount: | $ 70,000.00 |
| Compensatory Damages awarded for mental anguish and emotional distress for *LeeAnn Norwood,* | Amount: | $ 15,000.00 |
| Compensatory Damages awarded for mental anguish and emotional distress for *Douglas Norwood, III,* | Amount: | $ 15,000.00 |

Compensatory Damages awarded for mental
anguish and emotional distress for
*Devon Norwood*,                                        Amount:        $     7,000.00

## **TOTAL JUDGMENT $107,000.00**

Accordingly, the action is **DISMISSED** in its **ENTIRETY**, and Judgment is entered in favor of plaintiffs Douglas Norwood, III, LeeAnn Norwood, and Devon Norwood, as against defendants, Michael Salvatore and The Town of Hancock.  All of the above pursuant to the jury verdict entered in this case on June 3, 2015.

DATED: June 4, 2015

_____
Clerk of Court

_____
Britney Norton
Deputy Clerk